IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PETER A. TAYLOR,** | 2:08-cv-01194-GEB-DAD (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **D. K. SISTO, Warden,** | |
| Respondent. | |

Respondent has requested an extension of time to file and serve a Response to the Petition for Writ of Habeas Corpus. Good cause appearing, IT IS HEREBY ORDERED that Respondent's request (Doc. No. 8) is granted. Respondent shall file and serve a Response to the Petition for Writ of Habeas Corpus on or before October 2, 2008.

DATED: September 3, 2008.

/tayl1194.111

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE