IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER A. TAYLOR,

      Petitioner,            No. CIV S-08-1194-GEB-DAD P

   vs.

D.K. SISTO, Warden,

      Respondent.       <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file an opposition to respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's October 15, 2008 request for an extension of time (Doc. No. 14) is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file his opposition.

DATED: October 21, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
tayl1194.111opp