IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER A. TAYLOR,

    Petitioner,               No. CIV S-08-1194 GEB DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.          <u>ORDER</u>

/

        On October 2, 2008, respondent's counsel filed a motion to dismiss, arguing that petitioner's habeas petition is time-barred under the Antiterrorism and Effective Death Penalty Act of 1996. Counsel refers to several exhibits in the motion to dismiss. However, it appears that counsel has inadvertently failed to attach the exhibits to the motion.

        Accordingly, good cause appearing, IT IS HEREBY ORDERED that counsel for respondent shall file his exhibits within ten days of the date of this order.

DATED: April 9, 2009.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
tayl1194.exh